UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DAVID BARNETT, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 4:03CV00614 ERW |
| DON ROPER, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner David Barnett's CJA Ex Parte Motion for Leave to File Ex Parte Motion [ECF No. 142] and Amended CJA Ex Parte Motion for Leave to File Ex Parte Motion [ECF No. 144].

**IT IS HEREBY ORDERED** that Petitioner David Barnett's CJA Ex Parte Motion for Leave to File Ex Parte Motion [ECF No. 142] is **DENIED, as moot**.

**IT IS FURTHER ORDERED** that Petitioner David Barnett's Amended CJA Ex Parte Motion for Leave to File Ex Parte Motion [ECF No. 144] is **GRANTED**.

Dated this  7th  Day of February, 2014.

*E. Richard Webber*
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE