IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID M. BARNETT, | ) |
| | ) |
| Petitioner, | ) |
| | ) Case No. 4:03-CV-00614-ERW |
| v. | ) |
| | ) |
| | ) CAPITAL CASE |
| DON ROPER, | ) |
| | ) |
| Respondent. | ) |

### CERTIFICATE OF SERVICE OF PETITIONER'S WITNESS LIST

Petitioner David M. Barnett certifies that he has served upon opposing counsel the petitioner's current witness list. To assist counsel in their preparation, Mr. Barnett's counsel states that the witnesses listed as "will call" have been placed under subpoena with the exception of the trial and post-conviction lawyers. Witnesses listed as "may call" include witnesses whose location is now known to Mr. Barnett's counsel, but have not yet been placed under subpoena. This list does not include records custodians; counsel will seek stipulations or affidavits to avoid testimony of such witnesses.

Some witnesses may be presented by deposition if approved by the Court, or, with the agreement of counsel, by affidavit.

        Respectfully submitted,

        /s/ Elizabeth Unger Carlyle

        Elizabeth Unger Carlyle, 41930 MO
        P.O. Box 30418
        Kansas City, MO 64112
        (816) 525-6540; FAX (866) 764-1249
        elizabeth@carlyle-law.com

        SINDEL, SINDEL AND NOBLE, P.C.

        <u>/s/ Richard H. Sindel</u>
        Richard H. Sindel, 23406MO
        Kathryn B. Parish, 61781MO
        8000 Maryland Ave., Ste. 350
        Clayton, MO 63105
        314-721-6040

        ATTORNEYS FOR PETITIONER

<u>Certificate of Service</u>

I hereby certify that Mr. Stephen Hawke, Office of the Attorney General, is a registered user of the electronic filing system and, on April 28, 2014, a complete copy of this document was delivered to Mr. Hawke through the electronic filing system.

        /s/ Elizabeth Unger Carlyle

        Elizabeth Unger Carlyle