### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| DAVID BARNETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | NO. 4:03-CV-614-ERW |
| | ) | |
| DON ROPER, | ) | |
| | ) | |
| Respondent. | ) | |

### MOTION FOR EXTENSION OF TIME

Respondent prays for the parties to have additional time to submit post-hearing briefs.

1.  That the parties post-hearing briefs are due on February 25, 2015, with replies due 45 days later.

2. That undersigned counsel was away from the Office from January 16, 2015 to February 2, 2015 due to illness and subsequent death of his brother. Undersigned counsel may be away for additional days in February in order to handle business matters.

Respondent prays the Court allow the parties until April 2, 2015, in which to file post-hearing briefs, with replies due 45 days later.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

\s\ *Stephen D. Hawke*
STEPHEN D. HAWKE
Assistant Attorney General
Missouri Bar No.  35242

P. O. Box 899
Jefferson City, MO  65102
(573) 751-3321
(573) 751-3825 FAX
stephen.hawke@ago.mo.gov
Attorneys for Respondent

**<u>CERTIFICATE OF SERVICE</u>**
I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system.  I further certify that some of the participants in the case may not be CM/ECF users, in those instances, I have mailed the foregoing document postage prepaid, this 6 day of February, 2015, to:

\s\ *Stephen D. Hawke*
Stephen D. Hawke
Assistant Attorney General